No. 75–265. ESTES ET AL. *v.* TASBY ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 75–380. SEABOARD COAST LINE RAILROAD CO. *v.* DIXON. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.* 
██

---

*See also note, *supra,* p. 918.